23 So.2d 885

**Dave PERSONS v. STATE.**

4 Div. 929.

Court of Appeals of Alabama.
Nov. 27, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 925

**O. C. (alias Dosh) PICKARD v. STATE.**

4 Div. 942.

Court of Appeals of Alabama.
April 9, 1946.

Rehearing Denied June 25, 1946.

A. L. Patterson, of Phenix City, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

26 So.2d 925

**Ernest Macon PIERCE v. STATE.**

6 Div. 353.

Court of Appeals of Alabama.
Aug. 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

26 So.2d 925

**Winston PIPER v. STATE.**

6 Div. 288.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

23 So.2d 147

**Ben PITCHFORD v. STATE.**

6 Div. 221.

Court of Appeals of Alabama.
May 15, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

23 So.2d 148

**James Leonard POPE v. STATE.**

6 Div. 187.

Court of Appeals of Alabama.
May 8, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.